**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**UNITED STATES OF AMERICA**,

      Plaintiff,

                                Cr. No. 25-cr-20351
                                Hon. Thomas L. Ludington

v.

**LUCAS PELLETIER,**

      Defendant.
_____/

### **DEFENDANTS EX PARTE MOTION TO SEAL EX PARTE MOTION AND ORDER GRANTING MOTION TO SEAL**

Now comes Defendant Lucas Pelletier, by his attorney Victor Mansour, and respectfully requests the Court allow him to file his Ex-Parte Motion to Admit Non-Attorney Professional Contact and Video Visits and Laptop Computer for Inmate Visits at Roscommon County Jail *under seal* as is contemplated and provided for by the rules and procedures established by the Court in and for the Eastern District of Michigan and would be appropriate for such a motion.

**FOR THESE REASONS**, it is requested that the Defendant be allowed to file his Ex Parte Motion to Admit Non-Attorney Professional Contact and Video Visits and Laptop Computer for Inmate Visits at Roscommon County Jail *under seal*.

        Respectfully submitted,

        */s/Victor Mansour*
        Mansour Law, P.C.
        Victor Mansour (P71767)
        Attorneys for Defendant Mr. Pelletier
        32121 Woodward Ave, Suite PH
        Royal Oak, MI 48073
        248.579.9800
        victor@mansourlawpc.com

Dated: January 16, 2026

**IT IS HEREBY ORDERED** that Defendant's Ex Parte Motion to Allow Non-Attorney Professional Contact and Video Visits and Laptop Computer for Inmate Visits at Roscommon County Jail be allowed to file *Under Seal*.

**SO ORDERED**

Dated: January 22, 2026                                          s/Thomas L. Ludington
                                                                               THOMAS L. LUDINGTON
                                                                               United States District Judge